DAVID ELLIOTT et al., Infants, by HARRISON S. ELLIOTT, Their Guardian, et al., Appellants, *v.* TEACHERS COLLEGE, Respondent, and JOHN J. BENNETT, JR., as Attorney General of the State of New York, Defendant-Appellant.

Argued March 3, 1943; decided April 22, 1943.

*Austin W. Scott* and *Bernard Hellring* of the New Jersey Bar, and *Emil Weitzner* for appellants.

*Nathaniel L. Goldstein, Attorney General (Edward L. Ryan* of counsel), as successor to John J. Bennett, Jr., Defendant-Appellant, in his statutory capacity, under section 12 of Personal Property Law and section 113 of Real Property Law.

*Timothy N. Pfeiffer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.